-1-

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARY CUNNINHAM, )<br>Individually and as Personal Representative )<br>Of the Estate of Gordon Cunningham )<br>        )<br>    Plaintiff, )<br>        )<br>        )    CASE NO. 2:20-CV-00131<br>        )    RWS<br>        )<br>        )<br>    v.   )<br>        )<br>INGLES MARKETS, INC. and )<br>GRAND RAPIDS CHAIR COMPANY, )<br>        )<br>    Defendants. ) | |

## **DEFENDANT GRAND RAPIDS CHAIR COMPANY'S CERTIFICATE OF INTERESTED PERSONS**

(1) The following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: <u>Grand Rapids Chair Company.</u>

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associates, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: <u>Hartford Fire Insurance Company.</u>

-2-

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Defendant Grand Rapids Chair Company:   James W. Hardee
Georgia Bar No. 324399

Gene A. Major
Georgia Bar No. 466650

This 9th day of July, 2020.

                                  FAIN, MAJOR & BRENNAN, P.C.

                                  BY:   */s/ **James W. Hardee***
                                          GENE A. MAJOR
                                          Georgia State Bar No. 466650
                                          JAMES W. HARDEE
                                          Georgia State Bar No. 324399
                                          *Counsel for Defendant Grand Rapids Chair Company*

One Premier Plaza
5605 Glenridge Drive, N.E.
Suite 900
Atlanta, Georgia  30342
(404) 688-6633
gmajor@fainmajor.com
jhardee@fainmajor.com

-3-

## **CERTIFICATION OF COUNSEL**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1B, N.D.Ga.

                                                FAIN, MAJOR & BRENNAN, P.C.

                                                ***James W. Hardee***
                                                JAMES W. HARDEE
                                                Georgia State Bar No. 324399

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARY CUNNINHAM,  )<br>Individually and as Personal Representative )<br>Of the Estate of Gordon Cunningham  )<br>                                          )<br>      Plaintiff,                          )<br>                                          )<br>                                          )<br>                                          )<br>                                          )<br>      v.                                  )<br>                                          )<br>INGLES MARKETS, INC. and                  )<br>GRAND RAPIDS CHAIR COMPANY,               )<br>                                          )<br>      Defendants.                         ) | CASE NO. 2:20-cv-00131<br>RWS |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the ***Defendant's Certificate of Interested Persons*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 9th day of July, 2020.

FAIN, MAJOR & BRENNAN, P.C.

BY:   */s/ James W. Hardee*
      GENE A. MAJOR
      Georgia State Bar No. 466650
      JAMES W. HARDEE
      Georgia State Bar No. 324399

Fain, Major & Brennan, P.C. One Premier Plaza, 5605 Glenridge Dr. N.E., Suite 900, Atlanta, GA 30345 | 404-688-6633

-5-

*Counsel for Defendant Grand Rapids Chair Company*

One Premier Plaza
5605 Glenridge Drive, N.E.
Suite 900
Atlanta, Georgia  30342
(404) 688-6633
gmajor@fainmajor.com
jhardee@fainmajor.com